

# ERVIN LAW OFFICE, P.A.

**JOHN M. ERVIN, III** – Attorney at Law

---

50 PUBLIC SQUARE
POST OFFICE BOX 23
DARLINGTON, SC 29540
PH: 843-393-5555
FAX: 843-393-7638
E-MAIL: jervin@jervinlaw.com

October 13, 2015

Mr. Wayne Duffus
Register # 26814-171
Post Office Box 999
Butner, North Carolina 27509

    Re:  US v. Duffus, #15-4202
           Fourth Circuit Court of Appeals
           <u>Enclosed brief and instructions regarding a pro se supplemental brief.</u>

Dear Mr. Duffus:

I hope this letter finds you doing well, considering the circumstances. I have carefully reviewed your plea and sentencing transcripts and all of the other materials concerning your criminal case. I have completed this review, and I regret to advise you that I was not able to find any potentially meritorious appellate argument(s) in your case. The sole remaining issue in your case is the resolution of the cooperation issue, which has no bearing or impact at the appellate level.

Therefore, I must inform you that I have filed an *Anders* brief in your case. This means that after I have reviewed all of the materials, I cannot locate anything within your case that I believe would be a valid appeal ground. You will also receive a notice from the Clerk of the Court of Appeals advising you that you have the right to file a brief or anything you may deem necessary with the Court. They call this a *pro se* supplemental brief. The Court should advise you that you only have a limited time to file this supplemental material with them. The time period will be relatively short.

Once the time period for filing the supplemental *pro se* brief has expired, the government will then file a reply brief if they deem it necessary. When I receive this, I will send you a copy of it. After that, the Court will eventually issue an opinion on your case. As I explained to you previously, when the Court in Florence finds the time ripe, it will address your cooperation issue.



**JOHN M. ERVIN, III** – Attorney at Law

50 PUBLIC SQUARE
POST OFFICE BOX 23
DARLINGTON, SC 29540
PH: 843-393-5555
FAX: 843-393-7638
E-MAIL: jervin@jervinlaw.com

If there is anything else that I can clarify or advise you on, please do not hesitate to write to me. Again, I regret that I was not able to locate something of substance regarding your appeal. Please remember that if you have anything that you wish to file it must be filed directly with the Court of Appeals. Please pay careful attention to any notice(s) you receive from them as they will have certain deadlines by which you must abide.

With my warmest regards, I remain


Very truly yours,


*s/ John M. Ervin*


JOHN M. ERVIN, III, ESQ.
Attorney At Law

JME/mrr

       Enclosure – Appellant's Brief