FILED: February 22, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-4202
(4:14-cr-00085-RBH-1)

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

  v.

WAYNE DUFFUS, a/k/a Marlon Gayle, a/k/a Dwayne Brown,

        Defendant - Appellant.

O R D E R

After a review of the record pursuant to Anders v. California, 386 U.S. 738 (1967), the court has identified a nonfrivolous issue that would benefit from adversarial presentation.  Accordingly, the court directs the parties to submit supplemental briefs addressing whether the district court committed plain error in accepting Duffus' guilty plea without advising him of its possible immigration consequences, as required by Fed. R. Crim. P. 11(b)(1)(O).

The Clerk shall establish an appropriate briefing schedule by separate order.

                                                                  For the Court

                                                                  /s/ Patricia S. Connor, Clerk