Filed: February 22, 2016

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

ANDERS SUPPLEMENTAL BRIEFING ORDER
_____

No. 15-4202,   US v. Wayne Duffus
               4:14-cr-00085-RBH-1

The court directs supplemental briefing as follows:

Supplemental opening brief and joint appendix due: 03/14/2016

Supplemental response brief due: 04/04/2016

Supplemental reply brief permitted within 10 days of service of response brief.

Effective October 1, 2015, the court requires only one paper copy of briefs and appendices unless the case is to be argued, in which event four paper copies are required. (Local Rules 30(b)(4) & 31(d)). The notice tentatively assigning a case for argument requires counsel to file three additional paper copies of their previously filed briefs and appendices.

The briefs and appendix must conform to the Fourth Circuit Brief & Appendix Requirements (available as a link from this order and at www.ca4.uscourts.gov).

                    /s/ PATRICIA S. CONNOR, CLERK
                    By: Cathy Poulsen, Deputy Clerk